# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| OHIO GRAVY BISCUIT, INC., AN OHIO CORPORATION, AS TRUSTEE FOR THE LOVE BIRD 218 LAND TRUST | § § § § § § § § § | Civil Action No. 4:18-CV-480 (Judge Mazzant/Judge Nowak) |
| v. | | |
| U.S. BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR RASC 2006 EMX6 | | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On October 26, 2018, the report of the Magistrate Judge (Dkt. #19) was entered containing proposed findings of fact and recommendations that the above-captioned case be remanded.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, ORDERED that the above-captioned case is hereby REMANDED to the 199th Judicial District Court, Collin County, Texas for further proceedings.

All relief not previously granted is DENIED.

**IT IS SO ORDERED.**

**SIGNED this 5th day of December, 2018.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE